ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                            )
                                                       )
Morrish Wallace Construction, Inc. d/b/a               )    ASBCA No. 63524
  Ryba Marine Construction                             )
                                                       )
Under Contract No. W911XK-20-C-0020                    )

APPEARANCE FOR THE APPELLANT:          Jeffrey M. Gallant, Esq.
                                         Clark Hill PLC
                                         Detroit, MI

APPEARANCE FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  March 2, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63524, Appeal of Morrish Wallace Construction, Inc. d/b/a Ryba Marine Construction, rendered in conformance with the Board's Charter.

Dated:  March 2, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals